CHARLES WOOLCOTT, plaintiff in error,
*against.*
ISSACHAR H. GOODRICH, defendant in error.

To say of one, " He has been with a sow," holden legal slander ; the declaration averring that the defendant intended to charge the plaintiff with the crime against nature.

ON error from the Supreme Court. The action in the court below was by Goodrich against Woolcott, for slander in saying of the plaintiff (as charged in the 4th count,) " He has been with a sow." The Supreme Court gave judgment for the plaintiff upon the case, and for the reasons as reported in 3 Cowen's Reports, 231 to 240 ; SUTHERLAND, J. delivering the opinion of the court.

SAVAGE, Chief Justice, now assigned the reasons for the judgment below.

*D. Selden,* for the plaintiff in error.

*S M Hopkins,* for the defendant in error.

SANFORD, Chancellor, delivered his opinion at length in support of the judgment below, upon the grounds stated in the former report of the case above cited ; and

*Per totam Curiam,*
                 Judgment affirmed.